# EXHIBIT E

Kaveh Keshmiri, Esq.  SBN 285348
**KAVEH LAW FIRM**
2102 Business Center Drive
Irvine, CA 92617
Telephone: (949)-514-8167
Fax: (949)-835-0581

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/14/2025 3:11 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

*Attorney for Plaintiff,*
*KAZUAKI SAKAMOTO*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| KAZUAKI SAKAMOTO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BW USA, LLC, a California Limited Liability Company; AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO.: 25TRCV02308 <br><br> (UNLIMITED CIVIL ACTION) (DEMAND EXCEEDS $35,000) <br><br> **COMPLAINT FOR DAMAGES** <br><br> 1. GENERAL NEGLIGENCE <br> 2. STRICT PRODUCTS LIABILITY <br> 3. PRODUCT NEGLIGENCE <br><br> **JURY TRIAL DEMANDED** |

Plaintiff KAZUAKI SAKAMOTO alleges as follows:

### THE PARTIES

1.     Plaintiff is informed and believes and thereon alleges that Defendants, BW USA, LLC, a California Limited Liability Company; AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company, is and, at all times mentioned herein, were running their business in the County of Los Angeles, State of California.

2.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendant(s), are unknown to Plaintiff, who therefore sue said Defendants by such

– 1 –

fictitious names, and Plaintiff will seek leave of Court to amend this Complaint to show the true names and capacities thereof when the same have been ascertained.

3.     Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as a DOE is responsible, negligently or in some other manner, for the events and happenings herein referred to, and thereby proximately caused injuries and damages to the Plaintiff as hereinafter alleged.

4.     Defendants at all times mentioned herein were the agents, servants, employees, partners, members, shareholders, officers, directors, joint venturers, and alter egos of each other, and in doing or failing to do the things hereinafter mentioned were acting within the purpose and scope of their agency and employment and with the knowledge and consent of each other.

5.     As used herein the term "Defendants" means all Defendants, both jointly and severally, and references by name to any named Defendant shall include all Defendants, both jointly and severally.

6.     Each and all of the acts, events, and injuries alleged hereinafter, took place and were sustained on or about January 11, 2025, at 503 Van Ness Avenue, in the City of Torrance, County of Los Angeles, State of California.

### FIRST CAUSE OF ACTION

### NEGLIGENCE

### (Against All Defendants)

7.     Plaintiff re-alleges and incorporates by reference all paragraphs previously alleged in this Complaint, as though fully set forth herein.

8.     At all times material hereto, Defendants, and DOES 1 to 20, Inclusive, and each of them, designed, manufactured, tested, packaged, stored, advertised and distributed the BW USA LLC'S 31.8 mm Riser bike handlebar for Mountain, road, and Hybrid Bikes (the "Subject Product"), and the Defendants, and each of them, designed, manufactured, tested, packaged, stored, advertised and distributed the said subject product with the consent, permission and knowledge of each of the remaining Defendants, and each of them.

9.     Plaintiff is informed and believes, and hereon alleges, that he was further injured

–2–

COMPLAINT FOR DAMAGES
DEMAND FOR JURY TRIAL

due to the negligent acts or omissions by the agents, representatives or employees of Defendants, and each of them.

10.    Plaintiff is informed and believes, and hereon alleges, that at all relevant times Defendants, and each of them, owed Plaintiff and other purchasers a legal duty and/or duties. Plaintiff is further informed and believes that Defendants, and each of them, breached said duty and/or duties.

11.    On January 11, 2025, Plaintiff was lawfully and legally riding a mountain bicycle at 503 Van Ness Avenue, in the city of Torrance, County of Los Angeles, State of California. At the time of the subject incident, suddenly the subject product fractured at the hand grip, causing Plaintiff to lose control of the bicycle and fall to the ground, thereby violently striking the pavement and sustaining serious injuries to his knees and shoulder, among other related injuries and damages.

12.    Defendants and each of them breached their duty of care to Plaintiff to provide the subject product free of any hazardous and/or dangerous conditions, ensuring that the subject product was reasonably safe for use by consumers, that exposed Plaintiff and other foreseeable consumers to possible injuries and other related damages. Defendants knew or should have known that a hazardous, or dangerous condition existed which exposed Plaintiffs and other foreseeable consumers to serious injuries and related damages.

13.    As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in his health, and activity, sustaining bodily injury, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff general damages in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

14.    As a further direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and will continue to incur, medical and related expenses in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

15.    At the time of said injury Plaintiff was employed or employable, and as a direct and proximate result of the negligence of Defendants, and each of them, and by reason of the injuries

– 3 –

suffered by Plaintiff, Plaintiff has sustained loss of earnings and diminished future earning capacity in an amount not yet ascertained or in a sum according to proof at the time of trial, but is in excess of the minimal jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

### (Against all the Defendants)

16.    Plaintiff re-alleges and incorporates by reference all paragraphs previously alleged in this Complaint, as though fully set forth herein.

17.    At all times material hereto, Defendants, and DOES 1 to 20, Inclusive, and each of them, designed, manufactured, tested, packaged, stored, advertised and distributed the subject product and represented to inspect and test it, and instruct, advise and warn concerning its use, maintenance and repair.

18.    At all times material hereto, Defendants, and each of them, sold, advertised, stocked, and delivered the BW USA LLC'S 31.8 mm Riser bike handlebar for Mountain, road, and Hybrid Bikes, and were in the chain of distribution for the BW USA LLC'S 31.8 mm Riser bike handlebar.

19.    The BW USA LLC'S 31.8 mm Riser bike handlebar was sold defective, had a manufacturing defect, and was defectively designed, and did not contain any instructions or warnings of its defective state.

20.    The defects existed while the product was in the possession of the Defendants, and each of them, and were a direct and proximate cause of harm to the Plaintiff.

21.    As a result of the defective 31.8 mm Riser bike handlebar, Plaintiff was harmed when the handlebar broke, causing Plaintiff to fall and suffer severe injuries.

22.    Each defect in the BW USA LLC'S 31.8 mm Riser bike handlebar was an approximate cause of injury to the Plaintiff.

## THIRD CAUSE OF ACTION

## PRODUCT NEGLIGENCE

—4—

COMPLAINT FOR DAMAGES
DEMAND FOR JURY TRIAL

**(Against all the Defendants)**

23. Plaintiff re-alleges and incorporates by reference all paragraphs previously alleged in this Complaint as though fully set forth herein.

24. At all times material hereto, Defendants, and each of them, negligently, wantonly, recklessly, tortiously, wrongfully and unlawfully designed, processed, manufactured, assembled, prepared, selected materials and parts, represented to test and inspect, managed, maintained, repaired, serviced, sold, advertised, and distributed the BW USA LLC'S 31.8 mm Riser bike handlebar for Mountain, road, and Hybrid Bikes.

25. Defendants negligently designed, manufactured, supplied the defective 31.8 mm Riser bike handlebars for sale, and sold one to Plaintiff on or about September 25, 2023.

26. Defendants, and each of them, failed to warn, instruct, advise, educate and train its users regarding the BW USA LLC'S 31.8 mm Riser bike handlebar and its use, maintenance and care.

27. Defendants, and each of them, conducted themselves with reference to the BW USA LLC'S 31.8 mm Riser bike handlebar and to the Plaintiff, so as to cause injury to the Plaintiff as a result of using the bicycle equipped with the defective BW USA LLC'S 31.8 mm Riser bike handlebar, during the ordinary and intended use of said subject product.

28. Defendant's negligence in designing, manufacturing, supplying the defective 31.8 mm Riser bike handlebars was a substantial factor in causing Plaintiff's harm, when in the ordinary care and use of the product, the handlebars broke, causing Plaintiff to fall and suffer severe injuries.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For general damages according to proof;

2. For special damages according to proof;

3. Pre-judgment interest according to proof;

4. Costs of suit incurred herein,

5. Such other and further relief as the Court may deem just and proper.

– 5 –

Dated  July 14, 2025                            KAVEH LAW FIRM

                                               BY: Kaveh Keshmiri, Esq.
                                               Attorney for Plaintiff


### JURY TRIAL DEMANDED

Plaintiff demands trial by jury of all issues so triable.


Dated  July 14, 2025                            KAVEH LAW FIRM

                                               BY: Kaveh Keshmiri, Esq.
                                               Attorney for Plaintiff

COMPLAINT FOR DAMAGES
DEMAND FOR JURY TRIAL